```
JOHN K. VINCENT
United States Attorney
MICHAEL A. HIRST
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2781

ROBERT D. McCALLUM, JR.
Assistant Attorney General
MICHAEL F. HERTZ
LAURENCE J. FREEDMAN
LAWRENCE A. CASPER
Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 353-7950

Attorneys for the United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.*, RICHARD A. FORD,<br><br>      Plaintiffs,<br><br>   v.<br><br>NUFACTOR, AND FFF ENTERPRISES,<br><br>      Defendants. | CIV-S-02-0983 WBS/GGH<br><br>[PROPOSED] ORDER<br><br> |

The United States and State of California (hereinafter collectively "the United States") having declined to intervene in this action pursuant to the Federal False Claims Act, 31 U.S.C. § 3730(b)(2)(A), and California False Claims Act, Cal. Govt. Code § 12652(b)(3)(B), the Court rules as follows:

1. The Complaint shall be unsealed and served upon the defendants by the relator;

2. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants, except for this Order and the Notice of Election to Decline Intervention, which the relator shall also serve upon the defendants;

3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3) and Cal. Govt. Code § 12652(f)(1). The United States may order any deposition transcripts and may seek to intervene in this action, for good cause, at any time;

5. All orders of this Court shall be sent to the United States; and

6. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court shall provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

DATE: 1/17/2003

HONORABLE WILLIAM B. SHUBB
Chief Judge
United States District Court

United States District Court
for the
Eastern District of California
January 17, 2003

* * CERTIFICATE OF SERVICE * *

2:02-cv-00983

USA

    v.

NuFactor and FFF

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on January 17, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Mary Louise Cohen
Phillips and Cohen LLP
2000 Massachusetts Avenue NW
Washington, DC  20036

Michael A. Hirst
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA 95814

Robert D. McCallum, Jr
Civil Division
Commercial Litigation Branch
PO Box 261
Ben Franklin Station
Washington, DC 20044

Thomas A. Temmerman
Attorney General's Office

SH/WBS

Jack L. Wagner, Clerk

BY: /s/ TWagner