CLOSED
DATE 4/9/03

FILED
APR 0 9 2003
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----ooOoo----

UNITED STATES OF AMERICA and
STATE OF CALIFORNIA ex rel.,
RICHARD A. FORD,

        PlaintiffS,

   v.

NUFACTOR, and FFF ENTERPRISES,

        Defendants.

NO. CIV. S-02-0983 WBS GGH

ORDER OF DISMISSAL WITHOUT PREJUDICE

----ooOoo----

    Upon consideration of the Relator's Motion for Voluntary Dismissal Without Prejudice, it is hereby ordered that the motion be, and the same hereby is, GRANTED. The complaint is hereby DISMISSED WITHOUT PREJUDICE.

DATED: April 8, 2003

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

10

United States District Court
for the
Eastern District of California
April 9, 2003

* * CERTIFICATE OF SERVICE * *

2:02-cv-00983

USA

v.

NuFactor and FFF

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on April 9, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Mary Louise Cohen
Phillips and Cohen LLP
2000 Massachusetts Avenue NW
Washington, DC 20036

SH/WBS

VC/GGH

Michael A Hirst
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA 95814

Robert D McCallum Jr
GOVT ATTY
US Department of Justice
Commercial Litigation Branch
PO Box 261
Ben Franklin Station
Washington, DC 20044

Jack L. Wagner, Clerk

BY: _____